No. 18,328.

JAMES R. HOSHOUR, ET AL. *v.* R. F. APODACA, RECEIVER, ETC.

(316 P. [2d] 1054)

Decided October 28, 1957.    Rehearing denied November 18, 1957.

Mr. JOHN J. GIBBONS, Mr. BRUCE OWNBEY, Mr. GABRIEL GARY KOTIN, for plaintiffs in error.

Mr. CHARLES D. BROMLEY, for defendant in error Bernard B. Carraher, Ancillary Receiver, etc.

*En Banc.*

MR. JUSTICE DAY delivered the opinion of the Court.

PLAINTIFFS in error are here seeking reversal of a judgment of the trial court dismissing their complaint. A reading of the record and our decision in *Aronoff v. Pioneer Mutual Compensation Company,*

*et al.*, 134 Colo. 395, 304 P. (2d) 1083, reveals that the issue raised and sought to be litigated is res adjudicata. Our decision in *Aronoff v. Pioneer,* supra, is final.

The judgment is affirmed.